AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Thornapple Asosciates, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-9196 |
| Peter E. Deutsch | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter E. Deutsch.

Date: 01/27/2014

*Attorney's signature*

Rachael Kierych; RK1339
*Printed name and bar number*

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10023

*Address*

rkierych@andersonkill.com
*E-mail address*

(212) 278-1365
*Telephone number*

(212) 278-1733
*FAX number*