USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/18/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THORNAPPLE ASSOCIATES, INC.,

          Plaintiff,

    – against –

PETER E. DEUTSCH,

          Defendant.
------------------------------------------------------------X

13 CV 9196 (LGS)

STIPULATION

The parties stipulate:

1. Anderson Kill, P.C. hereby appears in the action as attorneys for defendant Peter E. Deutsch.

2. Defendant waives service of process and all defenses related thereto.

3. Defendant's response to the complaint will be filed by Feb. 21, 2014.

Dated: February 13, 2014

ANDERSON KILL, P.C.
1251 Avenue of the Americas
New York, NY 10020
212 278-1000
Attorneys for Defendant
PETER E. DEUTSCH

_____
Rachael Kierych

LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, NY 10271
212 964-6611
Attorneys for Plaintiff
THORNAPPLE ASSOCIATES, INC.

_____
Dennis M. Rothman

SO ORDERED Dated: 02/18/2014

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

nydocs1-1026064.1