# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: April 1, 2014           Total Number of Pages: 3

**MEMO ENDORSED:**

-Settlement conf. adjourned at Δ's request to 4/15 at 2PM. No further changes. All other deadlines remain in effect.

Copies by ECF to: All Counsel
                   Judge Schofield

# LESTER SCHWAB KATZ & DWYER, LLP
## 120 BROADWAY
### NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**DENNIS M. ROTHMAN**
Writer's Direct Dial: (212) 341-4343
E-Mail: drothman@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

April 1, 2014

RECEIVED
APR 01 2014
CHAMBERS OF
ANDREW J. PECK

By fax to 212 805-7933

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/1/14

Hon. Andrew J. Peck
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Thornapple Associates, Inc. v. Deutsch*, 13 Civ. 9196 (LGS)(AJP)

Dear Judge Peck:

This responds to this morning's letter from defense counsel Rachael Kierych renewing defendant's application to adjourn the April 2 settlement conference.

If the court finds defendant's statement sufficient to warrant adjourning the conference, Mr. Conner and I can attend a settlement conference on April 3, April 4, April 10, April 11, or April 14-18.

Plaintiff believes that little, if anything, would be accomplished at a settlement conference attended only by defense counsel without Mr. Deutsch present, in person, and asks that the court require parties with authority attend.

Respectfully,

Dennis M. Rothman

cc (by email):

Rachael Kierych, Esq.

2303517/574-1335

**MEMO ENDORSED** 4/1/14

[handwritten endorsement:] Settl conf adjourned at D's req't to 4/15 at 2PM. No further changes. All prior deadlines remain in effect.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

# LESTER SCHWAB KATZ & DWYER, LLP

120 Broadway
New York, New York 10271-0071
Phone: (212) 964-6611     Fax: (212) 267-5916

Date: April 1, 2014                         Employee ID No.   139

TO:    Hon. Andrew J. Peck              NO.:  212 805-7933

FROM:  Dennis M. Rothman, (212) 341-4343 (direct), drothman@lskdnylaw.com

RE:    *Thornapple Associates, Inc. v. Deutsch*, 13 Civ. 9196 (LGS)(AJP)

CLIENT/MATTER NO.  574-1335              Number of Pages:  2
                                         (including cover sheet)

**If you do not receive all pages as indicated above, please call the following number:
(212) 964-6611 (Ext. 247)**

Documents in the telecopy transmission contain information from the firm of LESTER SCHWAB KATZ & DWYER, LLP, which is confidential and/or legally privileged and is intended for the use of the individual(s) or entity(ies) named on this transmission sheet. If you have received this telecopy in error, please telephone the sender immediately so that we can arrange for the return of the misdirected telecopy documents to us at no cost to you. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on this telecopied information is strictly prohibited and the documents should be returned to this firm immediately.

**REMARKS:**

☒ Original will not follow.
☐ Original will follow.