# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**DENNIS M. ROTHMAN**
Writer's Direct Dial: (212) 341-1343
E-Mail: drothman@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/28/14

RECEIVED
APR 28 2014
CHAMBERS OF
ANDREW J. PECK

April 28, 2014

By fax to 212 805-7933

Hon. Andrew J. Peck
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Thornapple Associates, Inc. v. Deutsch*, 13 Civ. 9196 (LGS)(AJP)

Dear Judge Peck:

This follows up on my April 15 letter reporting that the parties had agreed to settle and the order of even date dismissing the action with prejudice subject to reinstatement if the settlement was not effectuated within 15 days, *i.e.*, by April 30, 2014.

Defendant's lawyer Rachael Kierych has just reported to me that the $100,000 settlement payment will be wired to my firm's trust account on April 30.

So that there is an opportunity to reinstate if the payment is not made by April 30, plaintiff asks that the date for reinstatement of the action be extended by one week, to May 7, 2014.

Respectfully,

Dennis M. Rothman

cc (by email):

Rachael Kierych, Esq.

2319944/574-1335

**MEMO ENDORSED** 4/28/14
Approved.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

copies by ECF to all counsel

# LESTER SCHWAB KATZ & DWYER, LLP
## 120 Broadway
## New York, New York 10271-0071
### Phone: (212) 964-6611    Fax: (212) 267-5916

Date: __April 28, 2014__         Employee ID No.  __139__

TO:    __Hon. Andrew J. Peck__        NO.: __212 805-7933__

FROM:  __Dennis M. Rothman, (212) 341-4343 (direct), drothman@lskdnylaw.com__

RE:    *Thornapple Associates, Inc. v. Deutsch*, 13 Civ. 9196 (LGS)(AJP)

**CLIENT/MATTER NO.**  __574-1335__                    **Number of Pages:** __2__
                                                       (including cover sheet)

**If you do not receive all pages as indicated above, please call the following number:
(212) 964-6611 (Ext. 247)**

Documents in the telecopy transmission contain information from the firm of LESTER SCHWAB KATZ & DWYER, LLP, which is confidential and/or legally privileged and is intended for the use of the individual(s) or entity(ies) named on this transmission sheet. If you have received this telecopy in error, please telephone the sender immediately so that we can arrange for the return of the misdirected telecopy documents to us at no cost to you. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on this telecopied information is strictly prohibited and the documents should be returned to this firm immediately.

**REMARKS:** Please see the attached letter.

☒ Original will not follow.
☐ Original will follow